JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD C. LOYER,<br><br>             Petitioner,<br><br>      v.<br><br>ROBERT LUNA,<br><br>             Respondent. | Case No. 2:23-cv-02750-FWS-RAO<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: May 30, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE